IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NICHOLAS LEE ROBBINS                                                                                    PLAINTIFF

vs.                                              Civil No. 2:22-cv-02054

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                              DEFENDANT

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Pending now before the Court is the Motion to Dismiss filed by Plaintiff. ECF No. 9. With this Motion, Plaintiff seeks a voluntary dismissal of this case: "The Plaintiff has filed this appeal prematurely before a final decision from the appeals council and as such this case is not ripe for appeal." *Id.* Plaintiff represents this Motion is unopposed. *Id.*

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation. In accordance with that referral, and after reviewing the arguments in this case, this Court recommends Defendant's Motion (ECF No. 9) be **GRANTED** and Plaintiff's Complaint be dismissed without prejudice.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** See *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 23rd day of August 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE