UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NICHOLAS LEE ROBBINS                                                    PLAINTIFF

v.                                    No. 2:22-cv-02054

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                           DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 10) from United States Magistrate Judge Barry A. Bryant.  The Magistrate Judge recommends the Court grant Plaintiff's unopposed motion for voluntary dismissal (Doc. 9).  The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE